Steven A. Sherman, Esq. Bar No. 113621
Kelly R. M. Irwin, Esq. Bar No. 238884
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
ssherman@law4cops.com
kirwin@law4cops.com

Attorneys for Defendants City of Garden Grove, Garden Grove Police Department, Chief Polisar, and Officers Hutchins, Viscomi, Leiva, Boddy, Gatine, Cassacia, Cho, Kaiser, Ladd, Lopez, Martin, Vi, Cline and Loffler

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT TAKESHI ISOBE, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF GARDEN GROVE, THE )<br>GARDEN GROVE POLICE )<br>DEPARTMENT, Police Chief JOE )<br>POLISAR, KEVIN BODDY, JOHN )<br>CASSACIA, HAN CHO, CHARLES, )<br>CLINE, JOHN GATINE, JEFF )<br>HUTCHINS, GEORGE KAISER, )<br>ROBERT LADD, EDUARDO LEIVA, )<br>CHARLES LOFFLER, DAVID LOPEZ, )<br>MICHAEL MARTIN, PETER VI, )<br>MICHAEL VISCOMI, both in their )<br>personal and official capacities and )<br>DOES 1 through 10, inclusive, )<br>)<br>Defendants. )<br>_____ ) | NO. SACV07-597 AG (FFMx)<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

**IT IS SO ORDERED THAT:**

1. Counsel for Defendants, City of Garden Grove, Garden Grove Police Department, Chief Polisar, and Officers Hutchins, Viscomi, Leiva, Boddy, Gatine, Cassacia, Cho, Kaiser, Ladd, Lopez, Martin, Vi, Cline and Loffler, shall disclose to counsel for Plaintiff, records containing personnel matters, records of other arrests and incidences and records of police procedures and training the police department deems

1. confidential.

2. Counsel for the Plaintiff shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with Plaintiff, or investigators, consultants and experts retained on behalf of the Plaintiff in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel for the Plaintiff shall inform such person of the terms and conditions of this order and secure such person's agreement to be bound by it.

4. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from utilizing the disclosed information for any purpose other than the prosecution of *Kurt Takeshi Isobe v. City of Garden Grove, et al.*, Case No. SACV07-597 AG (FFMx) and the information disclosed shall not be utilized in any other proceeding or litigation, or for any other purpose.

5. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from disclosing orally or otherwise the information subject to this Protective Order to any person other than those who are reasonably necessary for the prosecution of *Kurt Takeshi Isobe v. City of Garden Grove, et al.*, Case No. SACV07-597 AG (FFMx).

6. Plaintiff, Plaintiff's counsel, and Plaintiff's investigators, consultants and experts, are expressly prohibited from duplicating, copying or otherwise distributing or disseminating any of the disclosed information to any person or entity.

7. Counsel for each party shall take reasonable precaution to prevent the unauthorized or inadvertent disclosure of any of the protected information.

8. In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain relief to this Court against any such person violating or threatening to violate any of the terms of this Order. This Court shall retain jurisdiction over the parties and any other persons

1 subject to the terms of this Order for the purpose of enforcing this Order. The Court
2 shall have the power to impose whatever penalties it deems appropriate for the
3 violation of said Order, including, but not limited to, monetary and judicial sanctions
4 and contempt.

5      9. At the final conclusion of this action, all disclosed materials will be
6 returned to the counsel for the Defendants without request and within 60 days of the
7 final judgment, including any appeals, if any.

8      10. This Order shall survive the final termination of this action, to the
9 extent that the information disclosed remains confidential and does not become known
10 to the public, and the Court shall retain jurisdiction to resolve any dispute concerning
11 the use of the information disclosed herein.

13 Dated: April 4, 2008      /s/ FREDERICK F. MUMM    Honorable
Frederick F. Mumm
14      United States Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I, Michele Koller, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

    On February 14, 2008, I served the foregoing **[PROPOSED] PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

David Haas, Esq.
894 South Harbor Blvd.
Anaheim, CA 92805
davidhaas@earthlink.net

\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

\_\_\_ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2008, at Santa Ana, California.

                                          /s/ Michele Koller
                                          Michele Koller